UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES COVINGTON,<br>　　　　Plaintiff,<br>　　v.<br>ALFRED REAMS,<br>　　　　Defendant. | Case No. 18-cv-06537-DMR<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed a motion to reopen this case on December 4, 2019. Pursuant to Civil Local Rule 7-3(a), any brief in opposition to Plaintiff's motion was due on December 18, 2019, but no such opposition has been received. <u>Defendant is ordered to respond by **January 8, 2020**, and show cause for his failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. If Defendant does not respond by January 8, 2020, Plaintiff's motion may be granted.

**IT IS SO ORDERED.**

Dated: January 6, 2020



Donna M. Ryu
United States Magistrate Judge